

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00302-CV

Ma Sofia **ALVARADO VEGA**,
Appellant

v.

**JULYES, LLC** d/b/a Garcias Bar & Grill, Albert Ramirez, Jr., Bryan Ramirez,
and Noelda Garcia,
Appellees

From the 81st/218th Judicial District Court, Frio County, Texas
Trial Court No. 23-08-00215CVF
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we GRANT the parties' joint motion to dismiss this appeal and DISMISS this appeal. We ORDER that each party shall bear its own costs of appeal.

SIGNED November 12, 2025.

_____
Rebeca C. Martinez, Chief Justice